# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0046. ATLANTA CRANE & AUTOMATED HANDLING, INC. v. R&M MATERIALS HANDLING, INC.

Appellant has filed a motion to remand the above-styled case for premature docketing, contending that the appellate record is incomplete because the deposition transcripts of Bill Robinson and Robert McMillan were not included in the record due to a clerical error. Appellee has filed a response in which it opposes remand, asserting that the deposition transcripts were not made part of the record below before entry of the trial court's order on the appellee's motion for summary judgment and were not relied upon by the trial court in entering its order.

Under these circumstances, it is simply unclear and apparently a matter of dispute as to whether the trial court had before it the aforesaid deposition transcripts in making its summary judgment ruling, and "[w]hen this court reviews the grant of summary judgment, we must look at the entire record before the trial court." *Advanced Electrical Systems v. Turkin*, 288 Ga. App. 799 (655 SE2d 685) (2007). Questions regarding the correctness and proper inclusion of materials in the record must be resolved in the trial court under OCGA § 5-6-41 (f).

Accordingly, appellant's motion is GRANTED to the extent that appellant seeks remand of the case to the court below. The case is hereby REMANDED to the State Court of Cherokee County to conduct a hearing, pursuant to OCGA § 5-6-41 (f), to resolve whether and to what extent the aforesaid deposition transcripts were before the trial court on summary judgment, and to correct or supplement the record as necessary "so as to make the record conform to the truth." Upon resolution of these issues regarding the record by the trial court, the record may then be re-

transmitted and the case re-docketed with the Court of Appeals.  Upon re-docketing, briefing by the parties should proceed anew in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 10/03/2012
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*